UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CELESTE L. ROGERS,

                    Plaintiff,                          Case Number 22-12677
v.                                                      Honorable David M. Lawson

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES ADMINISTRATION,

                    Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## FOR FAILURE TO PROSECUTE

On November 8, 2022, the Court ordered the plaintiff to show cause why her complaint should not be dismissed for failure to state a claim.  The Court warned the plaintiff that she must file an amended complaint with proper allegations stating a claim for relief within two weeks, and that the failure to do so would result in dismissal of the case.   That deadline now has passed, and the plaintiff has not taken any action.  The case therefore will be dismissed for failure to prosecute.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE** and without costs to any party.

                                        s/David M. Lawson
                                        DAVID M. LAWSON
                                        United States District Judge

Dated:  November 28, 2022